1  William D. Hyslop
   United States Attorney
2  Eastern District of Washington
   Timothy J. Ohms
3  Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 04 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:19-CR-138-WFN |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(i) Possession with Intent to Distribute 100 or More Grams of Heroin |
| ERIC LEE MORROW, | |
| Defendant. | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

On or about February 22, 2019, in the Eastern District of Washington, the Defendant, ERIC LEE MORROW, knowingly possessed with intent to distribute 100 grams or more of a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i), as set forth this Indictment, the Defendant, ERIC

INDICTMENT - 1

LEE MORROW, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 4 day of September, 2019.

                                              A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 2